IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:14-CR-019-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ANGELINA MARIE PARKER, | ) |
| | ) |
| Defendant, | ) |
| and | ) |
| | ) |
| BURKE INTERNATIONAL TOURS, INC., | ) |
| | ) |
| Garnishee. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 44) filed May 25, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, the Government reports that it "has agreed to a payment plan with the Defendant," and seeks to dismiss the "Writ Of Continuing Garnishment" (Document No. 40) filed on March 10, 2023.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 44) is **GRANTED**.

Signed: May 25, 2023

David C. Keesler
United States Magistrate Judge